532

433 A.2d 134

Commonwealth ex rel. Armstrong v. Armstrong, Appellant.

Argued March 11, 1980.
Mark S. Sigmon, for appellant; James R. Fiorentino, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.

433 A.2d 134

Fisher v. Hartig Extruders Co. etc. et al., Appellant.
Petition for Allowance of Appeal Denied July 17, 1981.

Argued April 16, 1980.
Thomas J. Reinstadtler, for Hartig, appellant (at No. 922) and for appellee (at No. 978); Richard G. Spagnolli, for Fisher, appellee. Eileen R. Kalinoski, for Washington Penn, appellant (at No. 978) and for appellee (at No. 922).

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

CAVANAUGH, J., filed a memorandum concurring and dissenting opinion.